IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | :<br>: CASE NO. 3:18-CV-88 (TES)<br>: |
| v. | : |
| $12,331.00 IN UNITED STATES FUNDS,<br>Defendant Property, | :<br>: |
| RASHAAD JAMAL SINCLAIR,<br>Claimant. | :<br>: |

## CONSENT ORDER

The Parties have executed and presented to the Court a Stipulation for Compromise Settlement and Release of Claims which is attached hereto and made a part of this Order, in which they agreed that six thousand one hundred sixty-five dollars and fifty cents ($6,165.50) shall be forfeited to the United States, and the remainder of the Defendant Property in the amount of six thousand one hundred sixty-five dollars and fifty cents ($6,165.50) be released to Claimant Rashaad Jamal Sinclair, through his counsel of record, Kalki Yalamanchili, Esquire. Accordingly, the Court hereby makes the following Findings of Fact and Conclusions of Law:

1. The Court has jurisdiction of this matter pursuant to 28 U.S.C. " 1345 and 1355, and venue is proper pursuant to 28 U.S.C. ' 1395.

2. The United States has furnished due and legal notice of these proceedings as required by law. All persons known to the United States to have a possible interest in

the Defendant Property were sent actual notice of the Complaint and Warrant for Arrest *In Rem* in this action.

3. Claimant filed a Claim and an Answer in these proceedings, asserting his interest in the Defendant Property. No other claims and answers have been filed, and the time for filing claims and answers has now expired.

4. There is sufficient evidence to warrant a conclusion, by a preponderance of evidence standard, that a portion of the Defendant Property in the amount of six thousand one hundred sixty-five dollars and fifty cents ($6,165.50) is subject to forfeiture in accordance with 21 U.S.C. ' 881(a)(6).

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest of Claimant in six thousand one hundred sixty-five dollars and fifty cents ($6,165.50) of the Defendant Property is hereby forfeited to the United States.

2. All other right, title, and interest in n six thousand one hundred sixty-five dollars and fifty cents ($6,165.50) of the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

3. The United States Attorney General or his authorized designee shall dispose of this property in accordance with the law.

4. The United States Marshals Service shall coordinate the release of the funds in the amount of six thousand one hundred sixty-five dollars and fifty cents ($6,165.50), payable jointly to the Claimant Rashaad Jamal Sinclair, and his counsel

Kalki Yalamanchili, Esq., HY Law, 320 E. Clayton Street, Suite 500, Athens, Georgia, 30601.

5.     Pursuant to 28 U.S.C. ' 2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. ' 2412, nor shall the person or persons who made the seizure of the Defendant Property, nor any attorney, agent, or employee of the United States, be liable to suit or judgment on account of the seizure of the Defendant Property or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

SO ORDERED, this \_\_\_25\_\_\_, day of \_\_\_Sept\_\_\_, 2023.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

THE ENTRY OF THE FOREGOING ORDER IS CONSENTED TO BY:

PETER D. LEARY
UNITED STATES ATTORNEY

SEAN S. DEITRICK
Assistant United States Attorney
Tennessee Bar Number: 32064
Washington D.C. Bar Number: 1030533
ATTORNEY FOR PLAINTIFF

RASHAAD JAMAL SINCLAIR
CLAIMANT

KALKI YALAMANCHILI, ESQ.
HY LAW
Georgia State Bar Number: 282377
ATTORNEY FOR CLAIMANT SINCLAIR

11